IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TODD M. LOPEZ, as Personal Representative
of the Estate of Alberto Alvarez, Jr., Decedent;
SANDRA ANCHONDO, Individually and as
Next Friend of A.A., a Minor; ANAHY
ALVAREZ ANCHONDO; LUCY RIVER, as
Personal Representative of the Estate of Israel
Martinez, Decedent; MARY MARTINEZ,
Individually and as Next Friend of M.M.,
A.O.M., I.M.J., Minor Children, and NITTY
DANIELA MARTINEZ,

        Plaintiffs,

vs.                                                  No. CIV 22-0937 JB/LF

SPUR ENERGY PARTNERS, LLC, a Foreign
Limited Liability Company; MICHAEL
BISHOP, Individually and as Agent of Spur
Energy Partners; DOUGLAS BORING,
Individually and as an Agent of Spur Energy
Partners; KIPPER FOLMAR, Individually and
as Agent of Spur Energy Partners; RENE
QUINTANA, Individually and as an Agent of
Spur Energy Partners; GRAVITY OILFIELD
SERVICES, LLC, a Foreign Limited Liability
Company; JOHN DOES I-V; JANE DOES VI-
X; BLACK AND WHITE CORPORATIONS
XI-XV; ABC PARTNERSHIPS XVI-XX and
XYZ ORGANIZATIONS XXI-XXV,

        Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed December 31, 2024 (Doc. 35)("MOO"). In the MOO, the Court remands this case to the County of Santa Fe, First Judicial District Court, State of New Mexico. See MOO at 35. With no more claims, parties, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure,

- 2 -

Final Judgment, disposing of this case.

**IT IS ORDERED** that: (i) the case is remanded to the County of Santa Fe, First Judicial District Court, State of New Mexico; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Dennis K. Wallin
R. Daniel Fleck
The Spence Law Firm, LLC
Albuquerque, New Mexico

--and--

David Elias Idinopulos
Ali M. Morales
Michael C. Ross
Elias Law P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Michael M. Jett
Tim Redden, Jr.
Hall Maines Lugrin, PC
Houston, Texas

-- and --

Jaclyn M. McLean
Hinkle Shanor LLP
Santa Fe, New Mexico

    *Attorneys for Defendant Spur Energy Partners, LLC*

Henry M. Bohnhoff
Jeffrey R. Taylor
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Gravity Oilfield Services, LLC*